UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

In re: Elbert M. Stumph Jr.

Case No. 10-40231-TJT

Chapter

# APPLICATION FOR PAYMENT FROM UNCLAIMED FUNDS

The undersigned, Elbert M. Stumph Jr., applies to the Bankruptcy Court for the Eastern District of Michigan for entry of an order directing the Clerk of the Court to remit to the applicant the sum of $ 3640.00 , said funds having been deposited into the Treasury of the United States pursuant to an order of the Court as unclaimed funds for creditor Elbert M. Stumph Jr. The applicant further states that:

1. (Indicate one of the following)

    __X__ Applicant is the creditor named in the above case and states that no other application for this claim has been submitted by or at the request of the creditor

    _____ Applicant is the duly authorized representative for the business or corporation named as the creditor. Applicant has reviewed all records of the creditor and states that no other application for this claim has been submitted by or at the request of this creditor. An Affidavit of Creditor is attached and made part of this application.

    _____ Applicant is either a family member of the deceased creditor or a successor in interest to the individual or business named as the creditor. An original "power of attorney" conforming to the official Bankruptcy Form and/or other supporting documents which indicated the applicants' entitlement to this claim is attached and made part of this application.

2. Applicant has made sufficient inquiry and has no knowledge that this claim has been previously paid, that any other application for this claim is currently

pending before this court, or that any party other than the applicant is entitled to submit an application for this claim.

Page 2 of 2

Application for Payment from Unclaimed Funds

Respectfully submitted this 4th day of April, 2012.

Elbert M. Stumph Jr
Name of creditor

[signature]
Signature of Applicant

Elbert M. Stumph Jr.
Name and Title of Applicant

_____
Company Name

27318 Perry
Street Address

Roseville Mi 48066
City and State

586-945-2187
Telephone number

_____
Tax Identification

XXX-XX-2249
Social Security Number

_____
Claim Number

UNITED STATE BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

In re: Elbert M. Stumph Jr.

Case No. 10-40231-TJT

Chapter

## AFFIDAVIT OF CLAIMANT

I, Elbert M. Stumph Jr., do hereby state that I am the claimant to the unclaimed funds released in this application and that I am, to the best of my knowledge, the legal owner of these funds.

Mailing address: 27318 Perry
Roseville Mi 48066

Phone number: 586-945-2187

Social security number XXX-XX- 2249

If claimant is a corporation, the federal tax ID number _____

1. Claimant History: Substantiate claimant's right to the claim; i.e. if the payment is to an individual, include a copy of driver's license or state identification card. If a corporation, include purchase agreements regarding the right to ownership. Attached are certified copies of all necessary documentation.

2. I (or the company which I represent) neither have previously received remittance for this claim nor contracted with any other party other than the person named in item one above to recover these funds.

Page 2 of 2

Affidavit of Claimant

I declare under penalty of perjury that the foregoing copy is true and correct.

Dated: 4-4-2012

Signature of Claimant

Sworn to and Subscribed before me this
4 day of April, 2012

*[signature]*
NOTARY PUBLIC AT LARGE
STATE OF Michigan

*[signature]*
JOANNE E. WYCKHUYS
Notary Public, State of MI
County of Macomb
My Commission Expires 02-14-2015
Acting in the County of Wayne

10-40231-tjt   Doc 48   Filed 04/05/12   Entered 04/05/12 14:36:53   Page 4 of 6

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

In re: Elbert M. Stumph Jr.    Case No. 10-40231-TJT

Chapter

**ORDER FOR PAYMENT OF UNCLAIMED FUNDS**

Upon application and in accordance with the provisions of 28 U.S.C. Section 2042, that following a review of the sufficiency of the Affidavit of Claimant information that the claimant is properly entitled to said funds, and that the U.S. Attorney for the Eastern District of Michigan was provided a copy of this application with a proof of service attached to the application,

**IT IS ORDERED** that the Clerk of the U.S. Bankruptcy Court remit to Elbert M. Stumph Jr, the sum of Three thousand six hundred and forty dollars ($3640.00), of unclaimed funds held in the U.S. Treasury.

United States Bankruptcy Judge

Dated: _____

Katherine B. Gullo, Clerk
U.S. Bankruptcy Court

By: _____
    Deputy Clerk

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

In re: Elbert M. Stumph Jr.

Case No. 10-40231-TJT

Chapter

## PROOF OF SERVICE

I, the undersigned, hereby certify that on the 4th day of April 2012, a copy of the Application for Payment From Unclaimed Funds by Elbert M. Stumph Jr. was served on the United States Attorney for the Eastern District of Michigan at the following address:

    U.S. Attorney for the Eastern District of Michigan
    Attn.: Civil Division-Financial Litigation
    211 West Fort Street, Suite 2001
    Detroit, MI 48226-3211

Dated: 4-4-2012      By: [signature]