UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

In re:

Elbert M. Stumph

Case No. 10-40231-TJT

Chapter

## APPLICATION FOR PAYMENT FROM UNCLAIMED FUNDS

The undersigned, __Elbert M. Stumph__, applies to the Bankruptcy Court for the Eastern District of Michigan for entry of an order directing the Clerk of the Court to remit to the applicant the sum of $ __6,493__, said funds having been deposited into the Treasury of the United States pursuant to an order of the Court as unclaimed funds for creditor __Elbert M. Stumph__. The applicant further states that:

1. (Indicate one of the following)

    __✓__ Applicant is the creditor named in the above case and states that no other application for this claim has been submitted by or at the request of the creditor

    _____ Applicant is the duly authorized representative for the business or corporation named as the creditor. Applicant has reviewed all records of the creditor and states that no other application for this claim has been submitted by or at the request of this creditor. An Affidavit of Creditor is attached and made part of this application.

    _____ Applicant is either a family member of the deceased creditor or a successor in interest to the individual or business named as the creditor. An original "power of attorney" conforming to the official Bankruptcy Form and/or other supporting documents which indicated the applicants' entitlement to this claim is attached and made part of this application.

2. Applicant has made sufficient inquiry and has no knowledge that this claim has been previously paid, that any other application for this claim is currently

pending before this court, or that any party other than the applicant is entitled to submit an application for this claim.

Application for Payment from Unclaimed Funds

Respectfully submitted this 13th day of March, 2013.

__Elbert M. Stumph__
Name of creditor

__[signature]__
Signature of Applicant

__Elbert M. Stumph__
Name and Title of Applicant

_____
Company Name

__25612 Wiseman__
Street Address

__Roseville MI 48066__
City and State

__586-945-2187__
Telephone number

_____
Tax Identification

XXX-XX-__2249__
Social Security Number

__10-40231-TJT__
Claim Number

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

In re:

Elbert M. Stumph        Case No. 10-40231-TJT

Chapter

## ORDER FOR PAYMENT OF UNCLAIMED FUNDS

Upon application and in accordance with the provisions of 28 U.S.C. Section 2042, that following a review of the sufficiency of the Affidavit of Claimant information that the claimant is properly entitled to said funds, and that the U.S. Attorney for the Eastern District of Michigan was provided a copy of this application with a proof of service attached to the application,

**IT IS ORDERED** that the Clerk of the U.S. Bankruptcy Court remit to

Elbert M. Stumph _____, the sum of

Six thousand four hundred and ninety three dollars ($6,493), of unclaimed funds held in the U.S. Treasury.

_____
United States Bankruptcy Judge

Dated: _____

Katherine B. Gullo, Clerk
U.S. Bankruptcy Court

By: _____
    Deputy Clerk

UNITED STATE BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

In re:

Elbert M. Stumph

Case No. 10-40231-TJT

Chapter

### AFFIDAVIT OF CLAIMANT

I, **Elbert Stumph**, do hereby state that I am the claimant to the unclaimed funds released in this application and that I am, to the best of my knowledge, the legal owner of these funds.

Mailing address: Elbert Stumph
25612 Wiseman st.
Roseville MI 48066

Phone number: 586-945-2187

Social security number XXX-XX-2249

If claimant is a corporation, the federal tax ID number _____

1. Claimant History: Substantiate claimant's right to the claim; i.e. if the payment is to an individual, include a copy of driver's license or state identification card. If a corporation, include purchase agreements regarding the right to ownership. Attached are certified copies of all necessary documentation.

2. I (or the company which I represent) neither have previously received remittance for this claim nor contracted with any other party other than the person named in item one above to recover these funds.

Page 2 of 2

Affidavit of Claimant

I declare under penalty of perjury that the foregoing copy is true and correct.

Dated: 3-12-13

Signature of Claimant

Sworn to and Subscribed before me this
12 day of March, 2013

NOTARY PUBLIC AT LARGE
STATE OF Michigan

JOANNE E. WYCKHUYS
Notary Public, State of MI
County of Macomb
My Commission Expires 02-14-2015
Acting in the County of Wayne

FILED
2013 MAR 14 A 9:47
U.S. BANKRUPTCY COURT
E.D. MICHIGAN-DETROIT

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

In re:
Elbert M. Stumph

Case No. 10-40231-TJT

Chapter

## PROOF OF SERVICE

I, the undersigned, hereby certify that on the 13th day of March 2013, a copy of the Application for Payment From Unclaimed Funds by Elbert M. Stumph was served on the United States Attorney for the Eastern District of Michigan at the following address:

U.S. Attorney for the Eastern District of Michigan
Attn.: Civil Division-Financial Litigation
211 West Fort Street, Suite 2001
Detroit, MI 48226-3211

Dated: 3-13-13

By: [signature]