UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

In re: CLARENCE WAYLAND
ss # 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

Case No. 10-55805

Chapter

U.S. BANKRUPTCY COURT
E.D. MICHIGAN-DETROIT
2015 MAY 22 P 3: 21
FILED

## APPLICATION FOR PAYMENT FROM UNCLAIMED FUNDS

The undersigned, SHONNISE WOODS, applies to the Bankruptcy Court for the Eastern District of Michigan for entry of an order directing the Clerk of the Court to remit to the applicant the sum of $ 7987.00, said funds having been deposited into the Treasury of the United States pursuant to an order of the Court as unclaimed funds for creditor CLARENCE WAYLAND
The applicant further states that:

1. (Indicate one of the following)

   _____ Applicant is the creditor named in the above case and states that no other application for this claim has been submitted by or at the request of the creditor

   _____ Applicant is the duly authorized representative for the business or corporation named as the creditor. Applicant has reviewed all records of the creditor and states that no other application for this claim has been submitted by or at the request of this creditor. An Affidavit of Creditor is attached and made part of this application.

   ✓ Applicant is either a family member of the deceased creditor or a successor in interest to the individual or business named as the creditor. An original "power of attorney" conforming to the official Bankruptcy Form and/or other supporting documents which indicated the applicants' entitlement to this claim is attached and made part of this application.

2. Applicant has made sufficient inquiry and has no knowledge that this claim has been previously paid, that any other application for this claim is currently

pending before this court, or that any party other than the applicant is entitled to submit an application for this claim.

Page 2 of 2

Application for Payment from Unclaimed Funds

Respectfully submitted this 3RD day of March, 20 2015

_Clarence Wayland_
**Name of creditor**

_[signature]_
**Signature of Applicant**

SHONNISE WOODS, DAUGHTER
**Name and Title of Applicant**

N/A
**Company Name**

15870 LINNHURST
**Street Address**

DETROIT, MI. 48205
**City and State**

313-633-5644
**Telephone number**

N/A
**Tax**

XXX-XX- 3213
**Social Security Number**

10-55805
**Claim Number**

UNITED STATE BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

I n re: **CLARENCE WAYLAND**
**ss # 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**                                Case No. 10-55805

                                                    Chapter

## AFFIDAVIT OF CLAIMANT

I, SHONNISE WOODS_____, do hereby state that I am the claimant to the unclaimed funds released in this application and that I am, to the best of my knowledge, the legal owner of these funds.

Mailing address:    15870 LINNHURST

                    DETROIT, MI. 48205

Phone number:       313-677-5644

Social security number XXX-XX- 3213

If claimant is a corporation, the federal tax ID number _____N/A_____

  1.  Claimant History: Substantiate claimant's right to the claim; i.e. if the payment is to an individual, include a copy of driver's license or state identification card. If a corporation, include purchase agreements regarding the right to ownership. Attached are certified copies of all necessary documentation.

  2. I (or the company which I represent) neither have previously received remittance for this claim nor contracted with any other party other than the person

Page 2 of 2

Affidavit of Claimant

I declare under penalty of perjury that the foregoing copy is true and correct.

Dated: MARCH 3, 2015

_____
Signature of Claimant

Sworn to and Subscribed before me this
3rd day of ____MARCH____ 20 15

_____Kenneth Rogers_____
NOTARY PUBLIC AT LARGE
STATE OF ____Michigan____

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

I n re: **CLARENCE WAYLAND**
**ss #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**

Case No. 10-55805

Chapter

PROOF OF SERVICE

I, the undersigned, hereby certify that on the 3ʳᴅ day of MARCH 20 15, a copy of the Application for Payment From Unclaimed Funds by

**SHONNISE WOODS** was served on the United States Attorney for the Eastern District of Michigan at the following address:

U.S. Attorney for the Eastern District of Michigan
Attn.: Civil Division-Financial Litigation
211 West Fort Street, Suite 2001
Detroit, MI 48226-3211

Dated: 3/3/2015

By: _Shonnise Woods_

7.

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

In re: CLARENCE WAYLAND
ss# 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                              Case No.  10-55805

                                             Chapter

## ORDER FOR PAYMENT OF UNCLAIMED FUNDS

Upon application and in accordance with the provisions of 28 U.S.C. Section 2042, that following a review of the sufficiency of the Affidavit of Claimant information that the claimant is properly entitled to said funds, and that the U.S. Attorney for the Eastern District of Michigan was provided a copy of this application with a proof of service attached to the application,

**IT IS ORDERED** that the Clerk of the U.S. Bankruptcy Court remit to

SHONNISE WOODS_____, the sum of

SEVEN THOUSAND NINE HUNDRED EIGHTY-SEVEN_____ dollars ($ 7987.00  ), of unclaimed funds held in the U.S. Treasury.

_____
United States Bankruptcy Judge

Dated: _____

Katherine B. Gullo, Clerk
U.S. Bankruptcy Court

By: _____
    Deputy Clerk

UNITED STATES BANKRUPTCY COURT
# Eastern District of Michigan

Text Size.

| Understanding Bankruptcy | Court Info | Judges' Info | For Attorneys | Filing Without an Attorney | Forms | Case Info | Office of the US Trustee | Programs & Services |

**Unclaimed Funds Search Result**

| Case Number | Case Name | Amount | Creditor |
|---|---|---|---|
| 10-55805 | CLARENCE WAYLAND | $7987.00 | Clarence Wayland<br>20530 Helen Street<br>Detroit, MI 48234 |