UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

In re:

Clarence Wayland                               Case No.   10-55805-TJT
                                               Chapter    7

### ORDER FOR PAYMENT OF UNCLAIMED FUNDS

Upon application and in accordance with the provisions of 28 U.S.C. Section 2042, that following a review of the sufficiency of the Affidavit of Claimant information that the claimant is properly entitled to said funds, and that the U.S. Attorney for the Eastern District of Michigan was provided a copy of this application with a proof of service attached to the application,

**IT IS ORDERED** that the Clerk of the U.S. Bankruptcy Court remit the sum of Seven Thousand Nine Hundred Eighty-seven and 00/100 dollars ($7,987.00) of unclaimed funds held in the U.S. Treasury to:

Shonnise Woods
15870 Linnhurst
Detroit, MI  48205

.

**Signed on June 23, 2015**

                                        /s/ Thomas J. Tucker
                                        Thomas J. Tucker
                                        United States Bankruptcy Judge