In re:
Heslop, Inc.  Case No. 05-43458-MAR
Chapter 7

## AMENDED ORDER FOR PAYMENT OF UNCLAIMED FUNDS

Upon application and in accordance with the provisions of 28 U.S.C. Section 2042, that following a review of the sufficiency of the Affidavit of Claimant information that the claimant is properly entitled to said funds, and that the U.S. Attorney for the Eastern District of Michigan was provided a copy of this application with a proof of service attached to the application,

**IT IS ORDERED** that the Clerk of the U.S. Bankruptcy Court remit the sum of Three Thousand Seven Hundred eighteen and 86/100 dollars ($3,718.86) of unclaimed funds held in the U.S. Treasury to:

Jade Pig Ventures – Breton Village LLC
2249 Wealthy Street Suite 200
East Grand Rapids, MI 49506

.

Signed on September 05, 2014

/s/ Mark A. Randon
Mark A. Randon
United States Bankruptcy Judge